No. 551. CARNAHAN *v.* UNITED STATES. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank P. Walsh* for petitioner. *Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch* and *John J. Byrne* for the United States.

. No. 558. STOCKTON *v.* MASSEY. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. Raymond Gordon* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *Paul D. Miller* for respondent.

No. 560. SUGARMAN ET AL. *v.* UNITED STATES. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Otto Christensen* and *Samuel A. King* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John J. Byrne,* and *Paul D. Miller* for the United States.

. No. 561. GOUDCHAUX *v.* JOY, RECEIVER. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Claude W. Dudley* for petitioner. No appearance for respondent.

No. 562. PICCOLELLA *v.* COMMISSIONER OF IMMIGRATION, ELLIS ISLAND. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-